UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLIFFORD PAPER INC.,                             CASE NO. 17-22396-CIV-ALTONAGA/GOODMAN

   *Plaintiff*

   v.

COLONIAL PRESS INTERNATIONAL INC.
   *Defendant.*

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Clifford Paper Inc. ("**Clifford Paper**") and Defendant Colonial Press International Inc. ("**Colonial Press**") jointly move to dismiss this action with prejudice and state as follows:

1. Clifford Paper and Colonial Press executed a written settlement agreement (the "**Settlement Agreement**") on March 28, 2018. The Settlement Agreement is intended to end all aspects of the litigation between and between Clifford Paper and Colonial Press.

2. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272 (11th Cir. 2012), Clifford Paper and Colonial Press jointly seek entry of an Order of this Court dismissing this case with prejudice but retaining jurisdiction to enforce the terms of the Settlement Agreement for one year from the date of the Order.

4. A proposed Order Closing Case which includes retention of jurisdiction is being submitted with this Joint Motion for the Court's consideration.

CASE NO. 17-22396-CIV-ALTONAGA/GOODMAN

Respectfully submitted,

| GENOVESE JOBLOVE & BATTISTA, P.A. | DUANE MORRIS LLP |
|---|---|
| By: /s/ Michael Friedman<br>Michael Friedman<br>Florida Bar No. 71828<br>mfriedman@gjb-law.com<br>W. Barry Blum<br>Florida Bar No. 379301<br>bblum@gjb-law.com<br>100 Southeast Second Street, 44th Floor<br>Miami, Florida 33131<br>(305) 319-2300<br><br>*Counsel for Plaintiff* | By: /s/ Lida Rodriguez-Taseff<br>Florida Bar No. 39111<br>LRTaseff@duanemorris.com<br>Charles C. Papy, III<br>Florida Bar No.: 239641<br>CCPapy@duanemorris.com<br>Secondary e-mails:<br>RLGuillou@duanemorris.com<br>YArnavat-Parga@duanemorris.com<br>NMCastillo@duanemorris.com<br>200 S. Biscayne Boulevard<br>Suite 3400<br>Miami, Florida 33131<br>(305) 960-2242 (telephone)<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which was served via transmission of Notices of Electronic Filing generated by CM/ECF to all attorneys of record.

By:   /s/ Lida Rodriguez-Taseff

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLIFFORD PAPER INC.,  CASE NO. 17-22396-CIV-ALTONAGA/GOODMAN

*Plaintiff*

v.

COLONIAL PRESS INTERNATIONAL INC.

*Defendant.*

### ORDER CLOSING CASE UPON JOINT MOTION FOR DISMISSAL

THIS MATTER came before the Court on the parties' Joint Motion for Dismissal With Prejudice [D.E. __], in which the parties have requested an order dismissing the case with prejudice in accordance with the parties' settlement, but retaining jurisdiction for up to one year to enforce the terms of the parties' Settlement Agreement. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all hearings are canceled. The clerk is directed to **CLOSE** this case.

It is further **ORDERED** that pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272 (11th Cir. 2012), the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement for a reasonable period, not to exceed one year (1) from the date of this Order in order to permit the parties to fulfill the requirements of their Settlement Agreement. The parties shall inform the Court within one (1) week of the fulfillment of the terms of the Settlement Agreement.

**DONE and ORDERED** in chambers in Miami, Florida, this this _____ day of March 2018.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc.  Lida Rodriguez-Taseff, Esq.
  Charles C. Papy, III, Esq.
  Michael Friedman, Esq.
  W. Barry Blum, Esq.

DM1\8574837.1