UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22396-CIV-ALTONAGA

**CLIFFORD PAPER INC.**,

      Plaintiff,

vs.

**COLONIAL PRESS INTERNATIONAL, INC.**,

      Defendant.

_____/

## <u>ORDER ADMINISTRATIVELY CLOSING CASE</u>

The parties have advised that they have amicably settled this matter. To this end, they have filed a Joint Motion for Dismissal with Prejudice [ECF No. 134]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. With regard to the Joint Motion, The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement (*see* Mot. ¶ 2), but they do not provide a copy of the agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Thus, the Joint Motion **[ECF No. 134]** is **DENIED**.

2. Nevertheless, the case is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within thirty (30) days of the date of this Order. The stipulation of dismissal shall either include a copy of the settlement agreement, or remove the request the Court retain jurisdiction.

3. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**, and the hearing of March 29, 2018 is CANCELLED.

CASE NO. 17-22396-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 28th day of March, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record