## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("**Settlement Agreement**") is entered into this 28th day of March 2018, between Clifford Paper, Inc. ("**Clifford Paper**") and Colonial Press International, Inc. ("**Colonial Press**"). Clifford Paper and Colonial Press are referred to collectively herein as the "**Parties**."

## RECITALS

WHEREAS, Clifford Paper and Colonial Press are parties to a lawsuit pending in the Southern District of Florida, styled *Clifford Paper, Inc. v. Colonial Press International, Inc.* 17-22396-CIV-ALTONAGA/GOODMAN (the "**Litigation**");

WHEREAS, the Parties have agreed on the terms set forth herein, including ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to settle the Litigation and all claims and defenses that were brought or could have been brought in the Litigation, including claims for attorneys' fees, costs, pre- and post-judgment interest, and the Partial Judgment entered by the Court on or about March 22, 2018 [D.E. 133] (the "**Claims**"); and

WHEREAS, the Parties hereby agree that, upon the execution of this Settlement Agreement, the Parties will jointly file a Joint Stipulation for Dismissal With Prejudice conditioned on the Court's prior entry of an order retaining jurisdiction to enforce the terms of this Settlement Agreement.

NOW THEREFORE, in consideration of the promises, releases and covenants contained in this Agreement, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.     Recitals. The foregoing recitals are true and correct.

2.     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



3

5. <u>Dismissal of Litigation</u>. Upon the execution of this Settlement Agreement, the Parties will jointly file the Joint Stipulation for Dismissal With Prejudice attached hereto as **Exhibit "A"**.

6. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████

7. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████

8. ███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████

9. ███████████████████████████████████████
████████████████████

10. <u>Governing Law, Venue and Personal Jurisdiction</u>.  The terms and conditions of this Settlement Agreement shall be governed, interpreted and construed in accordance with the laws of the State of Florida.  In any action between any of the Parties to enforce this Settlement

Agreement, the Parties expressly consent to personal jurisdiction in the courts of the State of Florida and agree that the the sole and exclusive venue of such action shall be in the United States District Court for the Southern District of Florida and, only if that court does not have subject matter jurisdiction, the Florida Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County.

11.  <u>Enforcement</u>.  If either Party brings an action or otherwise proceeds in court to enforce any of the provisions of this Settlement Agreement, that party, if it prevails, shall be entitled to recover its reasonable attorneys' fees and costs from the non-prevailing party, through appeals.

12.  <u>Amendment and Waiver</u>. This Settlement Agreement may be amended or modified only if any such amendment or modification is in writing executed by both Parties, and only such amendments or modifications as are thus made in writing shall be effective and binding upon the Parties.

13.  <u>Severability</u>. If any provision of this Settlement Agreement shall for any reason be held to be invalid, unenforceable, or contrary to public policy or any law, the remainder of this Settlement Agreement shall not be affected thereby and shall remain in full force and effect.

14.  <u>Entire Agreement</u>. This Settlement Agreement and the Joint Stipulation for Dismissal With Prejudice represents the entire agreement between the Parties as to all matter pertaining to the Litigation, the Claims, and this Settlement Agreement.  There are no oral promises, representations, or other agreements between the Parties related to this settlement, and the Parties have not relied on any oral promises, representations, or other agreements between the Parties related to this settlement.  Any prior negotiations, promises, representations, or oral agreements related to this settlement or the terms hereof, not expressly contained herein, are deemed waived, void, and unenforceable.

IN WITNESS WHEREOF, the undersigned have executed this Agreement on the dates indicated below.

| CLIFFORD PAPER INC. | COLONIAL PRESS INTERNATIONAL INC. |
|---|---|
| By: _____ | By: _____ |
| Its: _____ | Its: _____ CEO _____ |
| Date: _____ | Date: _____ 3/28/2018 _____ |

IN WITNESS WHEREOF, the undersigned have executed this Agreement on the dates indicated below.

CLIFFORD PAPER INC.

By: _____
Its: *CFO - Brian O Sullivan*
Date: *3-28-18*

COLONIAL PRESS INTERNATIONAL INC.

By: _____
Its: _____
Date: _____